UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

DANIEL SILVA-CHAVEZ, et al.,

    Defendants.

Case No. CR06-198L

ORDER ON MOTION
FOR A BILL OF PARTICULARS

This matter comes before the Court on "Defendant Pedro Cuellar-Garcia's Motion for a Bill of Particulars" (Dkt. # 172). The Court finds that the superseding indictment sets forth with sufficient specificity the nature of the charges against Cuellar-Garcia in order to allow him to prepare for trial, avoid unfair surprise, and assert the existence of an acquittal or conviction in another jurisdiction, if applicable. See United States v. Giese, 597 F.2d 1170, 1180 (9th Cir. 1979). For these reasons, the motion for a bill of particulars is DENIED.

DATED this 31st day of July, 2006.

/s/ Robert S. Lasnik
Robert S. Lasnik
United States District Judge