1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

UNITED STATES OF AMERICA,

10              Plaintiff,                    Case No.  CR06-198L

11        v.                                  ORDER ON MOTION
                                             FOR SEVERANCE AND LEAVE TO
12    DANIEL SILVA-CHAVEZ, et al.,            RENEW AND SUPPLEMENT

13              Defendants.

14

15        This matter comes before the Court on "Defendant Pedro Cuellar-Garcia's Motion for

16    Trial Severance & for Leave to Renew & Supplement" (Dkt. # 164).  At this stage of the action,

17    the facts are insufficient to support a severance.  However, as defense counsel notes, "there has

18    been insufficient time to fully investigate the case."  Motion at 3.  The Court has entered a

19    continuance of the trial in order to give the parties more time.  Because the facts have not been

20    fully developed, the Court will allow defendant to renew the motion later.  For these reasons,

21    defendant's motion is DENIED without prejudice with leave to renew and supplement.

22

23        DATED this 31st day of July, 2006.

24

25                                          _____
                                            Robert S. Lasnik
26                                          United States District Judge

ORDER ON MOTION
FOR SEVERANCE AND LEAVE TO
RENEW AND SUPPLEMENT